IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:11-CR-00073-KDB-SCR-18

UNITED STATES OF AMERICA,

v.

BELINDA BARKER,

Defendant.

ORDER

**THIS MATTER** is before the Court on Defendant's Motion to Terminate Supervised Release. (Doc. No. 1187) ("Motion").

On February 11, 2013, Defendant pled guilty to one count of conspiracy to distribute and possession with intent to distribute and manufacture methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). Defendant was sentenced to 156 months of imprisonment and 5 years of supervised release.

Title 18 U.S.C. § 3583(e) states that a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

In support of her Motion, Defendant states that she has complied with all terms and conditions of her supervised release. Defendant further states that she has completed Vaya Health's North Carolina Peer Support Specialist Training, is scheduled to graduate in 10 weeks from American Intercontinental University and is volunteering in her community at Wilkes Recovery. Although

commendable, Defendant has only been on supervised release for 18 months. Furthermore, the W.D.N.C. Probation Office does not submit requests for early termination until the supervisee has completed at least two-thirds of his or her term of supervision. Accordingly, the Court will deny Defendant's motion, but will do so without prejudice to file again once Defendant has completed more of her supervised release term.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Terminate Supervised Release, (Doc. No. 1187), is **DENIED** without prejudice. Defendant's term of supervised release shall continue as originally sentenced. The Clerk is directed to serve a copy of this Order on Defendant and the United States Probation Office.

**SO ORDERED.**

Signed: August 16, 2023

Kenneth D. Bell
United States District Judge